## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EILEEN WALDRON )<br><br>       Plaintiff, )<br><br>v. )<br><br>CREDIT ONE BANK, N.A., a )<br>National Association )<br><br>       Defendant. ) | Civil Action No. 3:15-cv-01823-MPS |

## RULE 41 STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eileen Waldron and Defendant Credit One Bank, N.A., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of Plaintiff's claims without prejudice and without costs to any party.

                                                    Respectfully submitted,

                                                    **PLAINTIFF EILEEN WALDRON**

Dated: November 14, 2016                            By: /s/ Ari Scharg
                                                    One of Plaintiff's Attorneys

                                                    Jonathan M. Shapiro (ct24075)
                                                    jshapiro@shapirolawofficesct.com
                                                    SHAPIRO LAW OFFICES, LLC
                                                    104 Court Street
                                                    Middletown, Connecticut 06457
                                                    Tel: 860.347.3325
                                                    Fax: 860.347.3874

                                                    Ari J. Scharg (Admitted *Pro Hac Vice*)
                                                    ascharg@edelson.com
                                                    EDELSON PC
                                                    350 North LaSalle Street, 13 Floor
                                                    Chicago, Illinois 60654
                                                    Tel: 312.589.6370
                                                    Fax: 312.589.6378

                                                    *Counsel for Plaintiff Waldron*

|  |  |
|---|---|
|  | **DEFENDANT CREDIT ONE BANK, N.A.** |
| Dated: November 9, 2016 | By: /s/ Christopher A. Lynch |
|  | Christopher A. Lynch (ct29291)<br>REED SMITH LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 521-0208<br>Fax: (212) 521-5450<br>Email: clynch@reedsmith.com |
|  | *Attorneys for Credit One Bank, N.A.* |